UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIERSON BUILDING CENTER, INC, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AINSWORTH LUMBER CO., LTD.; GEORGIA-PACIFIC CORPORATION; LOUISIANA-PACIFIC CORPORATION; NORBORD, INC.; POTLATCH CORPORATION; TOLKO INDUSTRIES, INC.; and WEYERHAEUSER COMPANY,<br><br>Defendants. | Case No. C-06-03066 EDL<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA** |

AND NOW, upon consideration of the parties' Stipulation to Transfer Case to the United States District Court for the Eastern District of Pennsylvania, PURSUANT TO STIPULATION, IT IS SO ORDERED that this case is TRANSFERRED pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Eastern District of Pennsylvania, where several related actions are already pending.

BY THE COURT:

_Susan Illston_

DECHERT LLP
ATTORNEYS AT LAW

Stipulation to Transfer of Case to the United States District Court for the Eastern District of Pennsylvania; CASE NO. C-06-03066 EDL  6